Appeal No. 81-27

GENENDER WHOLESALE *v.* THE UNITED STATES

(676 F.2d 673)

United States Court of Customs and Patent Appeals, April 15, 1982, 

*Steven P. Sonnenberg* and *Paul S. Anderson,* of Chicago, Ill., attorneys for appellant.

*J. Paul McGrath,* Asst. Attorney General, *David M. Cohen,* Director, *Joseph I. Liebman, Deborah E. Rand,* of New York City, attorneys for appellee.

[Oral argument on April 5, 1982 by *Steven P. Sonnenberg* for appellant and *Deborah E. Rand* for appellee.]

Before MARKEY, *Chief Judge,* RICH, BALDWIN, MILLER, and NIES, *Associate Judges.*

Markey, *Chief Judge.*

██ Genender Wholesale (Genender) appeals from the judgment of the United States Court of International Trade, 1 CIT 278, 520 F. Supp. 278 (1981), sustaining the classification of watch cases under

item 720.24, Tariff Schedules of the United States (TSUS) and refusing classification under item 720.28, TSUS.[1] We affirm.

## OPINION

We agree with the decision of the Court of International Trade that the yellow colored watch cases. "contain" gold within the meaning of item 720.24. Accordingly, we *affirm* the judgment appealed from and adopt the opinion of the Court of International Trade as our own, except for references therein to the cost of plating as affecting the conclusion of commercial significance.

(Appeal No. 81–28)

---

[1] Those provisions provide in pertinent part:
Watch cases and parts thereof:

 \* \* \* \* \* \* \*

Not wholly and not almost wholly of gold or platinum or of both gold and platinum:
 Wholly or in part of silver; or containing gold or platinum; or set, or prepared to be set, with precious or semiprecious stones or with imitation gemstones:

| | | |
|---|---|---|
| 720.24 | Cases | 20 cents each +15% ad val. |
| | Other: | |
| 720.28 | Cases | 5 cents each +10% ad val. |